FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELSEY SCHIER, administrator of the Estate of Guenter Werner Schier,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW J. ANDERTON, in his official and private capacities,<br><br>    Defendant. | No. 1:25-CV-03012-SAB<br><br>**ORDER DENYING MOTION FOR EMERGENCY TRO** |

    Before the Court is Plaintiff's Emergency Motion for Temporary Restraining Order Pending Appeal, ECF No. 17. Plaintiff is *pro se*. Defendant represents himself. The motion was considered without oral argument.

    Plaintiff again requests this Court issue a temporary restraining order halting the action in his ongoing Bankruptcy Court proceeding for his Chapter 7 filing. He appealed this Court's decision to decline jurisdiction over this matter and abstain pursuant to 28 U.S.C. § 1334.

    As no facts or circumstances have changed, the Court **denies** the Motion and continues to abstain from this matter for the reasons set forth in the previous Order, ECF No. 11.

//

**ORDER DENYING MOTION FOR EMERGENCY TRO ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Emergency Motion for Temporary Restraining Order Pending Appeal, ECF No. 17, is **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, provide copies to *pro se* Plaintiff and Defendant as counsel, and keep the file **closed**.

**DATED** this 26th day of February 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR EMERGENCY TRO ~ 2**